No CV30

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

Case No. CV21-9842-ODW (KS)

(to be filled in by the Clerk's Office)

Ian Laderace Folmar II

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Los Angeles County Public Defenders Office
Clara Shortridge Foltz Criminal Justice Center
Los Angeles County Superior Court (Hollywood Courthouse)
Los Angeles Police Dept (Hollywood, CA District)

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ian L. Folmar II
Street Address: 15006 Kingsdale Ave #1
City and County: Lawndale (Los Angeles County)
State and Zip Code: California 90260
Telephone Number: 330-307-3316
E-mail Address: ianflmr2@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Susan DeWitt
- Job or Title (if known): Judge
- Street Address:
- City and County: Los Angeles County
- State and Zip Code: California
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name: Katina Eiden
- Job or Title (if known): Public Defender
- Street Address:
- City and County: Los Angeles  Los Angeles County
- State and Zip Code: California
- Telephone Number: (213) 340-5272
- E-mail Address (if known):

Defendant No. 3

- Name: Kimberly Baker Guillemet
- Job or Title (if known): Judge
- Street Address: California
- City and County: Los Angeles County
- State and Zip Code: California
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name: Officer Gonzalez
- Job or Title (if known): (Arresting Officer for LAPD for my case)
- Street Address: California
- City and County: Hollywood, CA (Los Angeles County)
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Ian Lederrace Folmar-Bey, is a citizen of the State of *(name)* Morocco.
    
    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.
    
    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* Kristine Eiden, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* California.

b. If the defendant is a corporation

The defendant, (name) Kimberly Baker Guillemet, is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California.

Or is incorporated under the laws of (foreign nation) California, and has its principal place of business in (name) California.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

- Personal Security Clientele losses  - Security Company losses
- Loss of time & finance and future benefits and profits due to financial hardship, slander and numerous defamations.
- Facing of eviction due to stolen arm for working security details.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- Los Angeles Public Defenders Office : unconstitutional treatment. Forcefully representing me without consent. Filing motions on my behalf without consent. Use of lies and fear tactics to make me take a plea.
- Clara Shortridge Foltz & Los Angeles County Superior Court Hollywood - holding me under threat of duress and coercion and in arraignment for two years without consent and all rights reserved. unconstitutional treatment.
- Los Angeles Police Dept - using fear tactics, threats along with a wrongful arrest. Physical/Emotional/mental distress

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Loss of finance $400,000,000.00

- Loss of Clientele for my Security company.
- Loss of personal private Property / and on-going & future hardship.
- On going current psychological & mental deficiencies
- Devalued quality of life ruined / lost girlfriend due to these hardships

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/19/21

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: Ian Folmar II

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____