UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-9842-ODW (KS)                                                      Date: February 28, 2022

Title   *Ian Laderace Folmer, II v. Los Angeles County Public Defenders Office, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendants: n/a

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 21, 2021, Plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint (the "Complaint").  (Dkt. No. 1.)  In its entirety, the Complaint alleges: (1) that a Los Angeles police officer used "fear tactics, threats[,] along with a wrongful arrest," which allegedly caused "physical/emotional/mental distress"; (2) that the Los Angeles Public Defender's Office "forcefully represent[ed]" Plaintiff "without consent," filed motions on his behalf without his consent, and used "lies and fear tactics to make [Plaintiff] take a plea"; and (3) that two Los Angeles Superior Court judges held him "under threat of duress and coercion and in arraignment for two years without consent . . . ." (*Id.* at 4.)  Plaintiff seeks $400 million in damages.  (*Id.*)

Plaintiff concurrently filed a request to proceed *in forma pauperis*.  (Dkt. No. 2.)  On January 3, 2022, the Court denied Plaintiff's request and ordered that "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed."  (Dkt. No. 4 (emphasis in original).)  More than three weeks have now passed since the deadline to pay the filing fee; Plaintiff has neither paid the filing fee nor had any further contact with the Court since filing the Complaint.

Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than March 21, 2022, why the action should not be dismissed.  To discharge this Order and proceed with his case, Plaintiff must pay the $400 filing fee in full.  Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

**IT IS SO ORDERED**.

:

Initials of Preparer   gr