JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN LADERACE FOLMER, II,<br>        Plaintiff,<br>    v.<br>LOS ANGELES COUNTY PUBLIC DEFENDER'S OFFICE, et al.,<br>        Defendants. | NO. CV 21-9842 ODW (KS)<br><br>ORDER AND JUDGMENT OF DISMISSAL |

On Dec 21, 2021, Plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) In its entirety, the Complaint alleges: (1) that a Los Angeles police officer used "fear tactics, threats[,] along with a wrongful arrest," which allegedly caused "physical/emotional/mental distress"; (2) that the Los Angeles Public Defender's Office "forcefully represent[ed]" Plaintiff "without consent," filed motions on his behalf without his consent, and used "lies and fear tactics to make [Plaintiff] take a plea"; and (3) that two Los Angeles Superior Court judges held him "under threat of duress and coercion and in arraignment for two years without consent . . . ." (*Id.* at 4.) Plaintiff seeks $400 million in damages. (*Id.*)

Plaintiff concurrently filed a request to proceed *in forma pauperis* (dkt. no. 2), which the Court denied on January 3, 2022. (Dkt. No. 4.) The Court ordered Plaintiff to "PAY THE FILING FEES IN FULL within 30 days [by February 2, 2022] or this case will be dismissed." (*Id.* (emphasis in original).)

On February 28, 2022, more than three weeks after Plaintiff's deadline to pay his filing fee, without any response from Plaintiff, the Court ordered Plaintiff to show cause, no later than March 21, 2022, why the action should not be dismissed for failure to pay the filing fee ("OSC"). The Court also expressly warned Plaintiff that his failure to timely comply with the OSC "**will result in a recommendation of dismissal of this case.**" (Dkt. No. 5 (emphasis in original).)

It has now been more than three months since the Court denied Plaintiff's request to proceed *in forma pauperis* and ordered him to pay the $400 filing fee in full. (Dkt. No. 4.) To date, Plaintiff has not responded to the OSC, paid the filing fee, or made any contact with the Court since he filed his Complaint on December 21, 2021. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: April 4, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE